IN THE ~~COURT OF~~ UNITED STATES DISTRICT COURT
~~SOUTHERN DISTRICT OF COUNTY~~, OHIO
WESTERN DIVISION

03 SEP -2 PM 1:13

JOHN W PEROTTI
~~Plaintiff~~ PETITIONER
P.O. BOX 5600
Cleveland, Ohio 44101
~~Address~~

Vs.

HAROLD CARTER
~~Defendant~~ - Respondent

_____
~~Address~~

Case No. C-1-00-527

Judge: DLOTT

MOTION FOR RELIEF FROM JUDGMENT OF MAY 14, 28, 2003 R&R OF MAGISTRATE & JUDGMENT

Comes the pro se petitioner, Mr Perotti, pursuant to Rule 60 of the Federal Rules of Civil Procedure, who moves the court for Relief from the Judgment of the Report & Recommendation of Magistrate Jack Sherman Jr, and Judge Dlotts' Adoptation of the same, as set forth in the attached memorandum

_____

_____

_____

_____

_____

Respectfully Submitted,

/s/ _____
~~Defendant Prose~~ Petitioner
P.O. Box 5600
Cleveland, Ohio 44101
Address/PO Box Number

## MEMORANDUM IN SUPPORT OF MOTION

① Petitioner was unable to respond to the May 14, 2003, May 28, 2003 Report & Recommendation of Magistrate Jack Sherman Jr due to missing case files, illness and problems re-adjusting to society after 21 years imprisonment.

② Petitioner was arrested on July 9, 2003 and has a parole holder on him subjecting him to the 22-60 year sentence he was serving, and parole revocation proceedings constituting a "Live Case in Controversy" and example of "capable of repetition yet evading review" that can now be reviewed as the issues are no longer "Moot". Petitioner is back under Respondents "Control", Thus, moves the court to rescind it's dismissal with prejudice due to "mootness" and certify all legal issues to be ruled on the merits.

③ The respondents will rely upon the erroneous information in his prison record at the revocation hearing. OAC 5120-9-31/33 and DRC Policy 203 based on 42 U.S.C. § 1981 "Institutionalized Persons Act" prohibits all references to grievances and documents seeking redress for grievances from being in our prison file — Thus, the Injunction should have been granted. Petitioner will suffer irreparable harm in the future revocation hearing based on this erroneous information.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by regular U.S. Mail to:

AAG Stuart Cole, Franklin County

at 140 E Town St, Columbus, OH.

On this 23 day of August, 2003

_____
Defendant, Pro-Se