03 SEP -2 PM 2: 57

### THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **JOHN PEROTTI,** | : | Case No. C-1-00-527 |
| Petitioner, | : | |
| | : | JUDGE SUSAN J. DLOTT |
| v. | : | |
| | : | MAG. JUDGE SHERMAN |
| **HAROLD CARTER, WARDEN,** | : | |
| Respondent. | : | |

*RESPONSE TO PEROTTI MOTION FOR RELIEF FOR JUDGMENT*

Apparently disenchanted by his arrest for his most recent crimes, Perotti is now demanding a release from judgment in this habeas action. However, since the issues in this habeas action were limited to Perotti's contention that he was unconstitutionally denied parole in 1998, Perotti's capture for additional crimes has absolutely nothing to do with this case, and his motion must be denied. Moreover, assuming *arguendo,* that Perotti had a legitimate basis to seek relief from judgment, this Court no longer has jurisdiction over this case as a consequence of Periotti's pending appeal from the denial of this habeas action in the Sixth Circuit Court of Appeals. Perotti's *Motion for Relief from Judgment* must therefore be denied.

Respectfully submitted,

JIM PETRO   (00220096)
Attorney General

STUART A. COLE   (0020237)
Assistant Attorney General
Corrections Litigation Section
140 E. Town St., 14th Floor
Columbus, Ohio   43215
614/644-7233
614/728-9327-Fax
scole@ag.state.oh.us

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **Response to Perotti Motion for Relief from Judgment** was sent via regular U.S. Mail, to John Perotti, #0076251, P.O. Box 5600, Cleveland, Ohio 44101, on this 28th day of August, 2003.

STUART A. COLE
Assistant Attorney General

2