No. 03-4079

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JOHN W. PEROTTI, ) | **FILED** |
| ) | DEC 0 8 2003 |
| Petitioner-Appellant, ) | |
| ) | LEONARD GREEN, Clerk |
| v. ) O R D E R | |
| ) | |
| HAROLD E. CARTER, Warden, ) | |
| ) | |
| Respondent-Appellee. ) | |

C-1-00-527

FILED
JAMES BONINI
CLERK
03 DEC -9 PM 1:54

John W. Perotti appeals the district court order dismissing his petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has applied for a certificate of appealability. *See* Fed. R. App. P. 22(b)(1). Perotti also requests the appointment of counsel on appeal.

The application for a certificate of appealability is denied because the district court's decision is not debatable amongst jurists of reason. *See Miller-El v. Cockrell*, 537 U.S. 322, 336-38 (2003).

ENTERED BY ORDER OF THE COURT

Leonard Green
Clerk