Judge _____
Mag. _____
Journal _____
Issue _____
Docketed _____

IN THE ~~COURT OF~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ~~COUNTY~~, OHIO
WESTERN DIVISION

03 SEP -2 PM 1:13

Daniel
Sween J.   3/29/04

JOHN W PEROTTI

~~Plaintiff~~ PETITIONER

PO BOX 5600

Cleveland, Ohio 44101

~~Address~~

Vs.

HAROLD CARTER

~~Defendant~~ - RESPONDENT

_____

~~Address~~

Case No. C-1-00-527

Judge: DIOTT

MOTION FOR RELIEF FROM
JUDGMENT OF May 14,28, 2003
R&R OF MAGISTRATE & JUDGMENT

Comes The pro se petitioner, Mr Perotti, pursuant to Rule 60 of the Federal Rules of Civil Procedure, who moves the court for Relief from the judgment of the Report & Recommendation of Magistrate Jack Sherman Jr, and Judge Diotts' Adoption of the same, as set forth in the attached Memorandum